IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAREFUSION CORPORATION<br>3750 Torrey View Court<br>San Diego, CA   92130<br><br>and<br><br>CAREFUSION 303, INC.<br>3750 Torrey View Court<br>San Diego, CA   92130<br><br>      Plaintiffs,<br><br>      v.<br><br>PYXIS MOBILE, INC.<br>1601 Trapelo Road, Suite 260<br>Waltham, MA   02451<br><br>      Defendant. | Case No.: 2:11-cv-572<br><br><br><br><br><br><br><br><br>Judge Graham<br>Magistrate Judge Abel |

### ORDER OF DISMISSAL WITHOUT PREJUDICE UNDER FED.R.CIV.P. RULE 41(a)(1)

Plaintiffs CareFusion Corporation and CareFusion 303, Inc. and Defendant Pyxis Mobile, Inc., having entered into a Settlement Agreement with respect to the above-captioned action (a copy of which Agreement is hereby filed with this Court under seal) and stipulating to the dismissal of the above-captioned action without prejudice, the Court hereby Orders the case dismissed but retains exclusive jurisdiction over the Settlement Agreement and all of the parties thereto (and their successors and assigns) for the purpose of its interpretation and enforcement. Each party shall bear its own costs and attorneys fees.

It is so ORDERED this 4th day of January, 2012.

The Hon. James L. Graham
U.S District Judge

4691908v2
4073310v2

...

Attorneys for CareFusion Corporation
And CareFusion 303, Inc.

By: *[signature]*
Joseph R. Dreitler, Trial Attorney (0012441)
Mary R. True (0046880)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
(614) 227-2300
(614) 227-2390 (fax)
jdreitler@bricker.com
mtrue@bricker.com

Date: 12/23/2011

Attorneys for Pyxis Mobile, Inc.

By: *[signature]*
Marc J. Kessler (0059236)
Hahn Loeser & Parks LLP
65 E. State St., Ste. 1400
Columbus, Ohio 43215-4234
(614) 233-5168
(614) 221-5909 (fax)
mkessler@hahnlaw.com

Date: 12/22/11

Attorneys for CareFusion Corporation
And CareFusion 303, Inc.

By: *[signature]*
Joseph R. Dreitler, Trial Attorney (0012441)
Mary R. True (0046880)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH 43215
(614) 227-2300
(614) 227-2390 (fax)
jdreitler@bricker.com
mtrue@bricker.com

Date: 12/23/2011

Attorneys for Pyxis Mobile, Inc.

By: *[signature]*
Marc J. Kessler (0059236)
Hahn Loeser & Parks LLP
65 E. State St., Ste. 1400
Columbus, Ohio 43215-4234
(614) 233-5168
(614) 221-5909 (fax)
mkessler@hahnlaw.com

Date: 12/22/11